# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCINE A. MCGEE,
                Appellant,
        vs.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, ITS SUCCESSORS
AND/OR ASSIGNS,
                Respondent.

No. 77379

**FILED**

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming the decision of the justice court. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Our review of the notice of appeal and documents before this court reveals a jurisdictional defect. District courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) ("The district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, this court lacks jurisdiction over this appeal, we

ORDER this appeal DISMISSED.[1]

                    _____, J.
                    Cherry

_____, J.
Parraguirre

           _____, J.
           Stiglich

---

[1]Given this order, we take no action on the pro se letter filed December 11, 2018. The clerk shall return, unfiled, the documents provisionally received on December 11, 2018.

 
18-908204

cc: Hon. Timothy C. Williams, District Judge
Francine A. McGee
Aldridge Pite, LLP
Eighth District Court Clerk

